# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

Case No. 5D2025-1455
L.T. Case No. 2007-CF-006361-A

———————————————————

IVORY JOSEPH PETERSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

3.850 Appeal from the Circuit Court for Seminole County.
Melanie Freeman Chase, Judge.

Ivory Joseph Peterson, Wewahitchka, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.

July 8, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____